IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Clarence & Darlene Porch                    Bankruptcy No. 19-23819

VERIFICATION

   I, Clarence Porch, and I, Darlene Porch, verify that we do not have paystubs for the last sixty days as I did not receive any in this time period.

I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. section 4904 relating to unsworn falsification to authorities.

Date 10/8/19                                    /s/Clarence Porch

                                                                           /s/Darlene Porch