IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>CLARENCE J PORCH<br>DARLENE D PORCH<br><br>Debtor(s)<br><br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant,<br>Vs.<br><br>CLARENCE J PORCH<br>DARLENE D PORCH<br>Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:19-23819CMB<br><br>Chapter 13<br><br><br><br>Related Document No.:61 |

## TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on February 14, 2023 (document no. 61) is hereby WITHDRAWN. Therefore the hearing scheduled for March 30, 2023 is hereby CANCELLED.

Respectfully submitted,

<u>3/22/2023</u>  
Date

/s/ Ronda J. Winnecour  
Ronda J. Winnecour (PA I.D. #30399)  
Attorney and Chapter 13 Trustee  
U.S. Steel Tower – Suite 3250  
600 Grant Street  
Pittsburgh, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

FILED  
10/25/23 4:22 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

SO ORDERED  
October 25, 2023

*Carlota M. Böhm* jah  
Carlota M. Böhm, Judge  
United States Bankruptcy Court