**PROCEEDING MEMO**

**Date: 04/09/2024 01:30 pm**

**In re:   Clarence J Porch**
**Darlene D Porch**

**Bankruptcy No. 19-23819-CMB**
**Chapter: 13**
**Doc. # 76**

**Appearances:  Ronda Winnecour**
**Brad Hamric**

**Nature of Proceeding: #76 Debtors' Motion to Convert Case Under Chapter 13 to Case Under Chapter 7**
**[Debtors NOT eligible for ch. 7 discharge. Previous Ch. 7 case discharged in 2016]**

**OUTCOME: Hearing held. Case dismissed. Motion is moot due to dismissal.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
4/10/24 8:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA