Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Clarence J Porch** | : | Case No. 19−23819−CMB |
| **Darlene D Porch** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this ***The 10th of April, 2024,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm, Judge*
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Clarence J Porch  
Darlene D Porch  
    Debtors

Case No. 19-23819-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 10, 2024      Form ID: 309      Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Clarence J Porch, Darlene D Porch, 5410 Mcannulty Rd, Pittsburgh, PA 15236-2535 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15131576 | | Baldwin Boro, Gerid Jenko Esq, 614 Lebanon Rd, West Mifflin, PA 15122 |
| 15136407 | + | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15173945 | + | Borough of Baldwin & Baldwin-Whitehall School Dist, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15131585 | + | Genesis FS Card Services, Box 4477, Columbus, GA 31914-0477 |
| 15131592 | + | PA Dept of Revenue, Box 280427, Harrisburg, PA 17128-0427 |
| 15132547 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 11 2024 04:05:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2024 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15131575 | + | Email/Text: amscbankruptcy@adt.com | Apr 11 2024 00:11:00 | ADT Security Services, Inc., 3190 South Vaughn Way, Aurora, CO 80014-3541 |
| 15173912 | + | Email/Text: ebnjts@grblaw.com | Apr 11 2024 00:10:00 | Borough of Baldwin, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15131594 | | Email/Text: cfcbackoffice@contfinco.com | Apr 11 2024 00:10:00 | Reflex Mastercard, Box 6812, Carol Stream, IL 60197 |
| 15131578 | + | EDI: CAPONEAUTO.COM | Apr 11 2024 04:05:00 | Capital One Auto Finance, Box 60511, City of Industry, CA 91716-0511 |
| 15138224 | + | EDI: AISACG.COM | Apr 11 2024 04:05:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15151848 | | EDI: CAPITALONE.COM | Apr 11 2024 04:05:00 | Capital One Bank (USA), N.A., by American |

Case 19-23819-CMB   Doc 82   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc Imaged
                              Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 10, 2024 | Form ID: 309 | Total Noticed: 51 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15131579 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2024 00:14:11 | Credit One Bank, Box 60500, City of Industry, CA 91716-0500 |
| 15136894 | | EDI: DISCOVER | Apr 11 2024 04:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15168188 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 11 2024 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15131580 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 11 2024 00:11:00 | EOS CCA, Box 981002, Boston, MA 02298-1002 |
| 15131581 | | Email/Text: BNSFN@capitalsvcs.com | Apr 11 2024 00:10:00 | First National Credit Card, Box 2496, Omaha, NE 68103 |
| 15131583 | | Email/Text: BNSFS@capitalsvcs.com | Apr 11 2024 00:10:00 | First Savings Credit Card, Box 2509, Omaha, NE 68103 |
| 15131577 | | Email/Text: BNBLAZE@capitalsvcs.com | Apr 11 2024 00:10:00 | Blaze Mastercard, Box 5096, Sioux Falls, SD 57117 |
| 15131582 | + | EDI: AMINFOFP.COM | Apr 11 2024 04:05:00 | First Premier Bank, Box 5529, Sioux Falls, SD 57117-5529 |
| 15131584 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 11 2024 00:10:00 | Fortiva Credit Card, Box 790156, Saint Louis, MO 63179-0156 |
| 15131586 | + | EDI: IRS.COM | Apr 11 2024 04:05:00 | IRS, Box 37004, Hartford, CT 06176-7004 |
| 15166841 | | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15157005 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:14:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15131587 | + | EDI: LENDNGCLUB | Apr 11 2024 04:05:00 | Lending Club, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15131588 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Lowes Synchrony Bank, Box 530914, Atlanta, GA 30353-0914 |
| 15131589 | | Email/Text: camanagement@mtb.com | Apr 11 2024 00:10:00 | M&T Bank, Box 62182, Baltimore, MD 21264 |
| 15163754 | | Email/Text: camanagement@mtb.com | Apr 11 2024 00:10:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15131590 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 11 2024 00:10:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15131591 | + | EDI: NAVIENTFKASMSERV.COM | Apr 11 2024 04:05:00 | Navient, Box 9533, Wilkes Barre, PA 18773-9533 |
| 15147229 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 11 2024 00:09:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 15398154 | | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15131593 | + | Email/Text: bankruptcies@penncredit.com | Apr 11 2024 00:10:00 | Penn Credit Corp, 916 S 14th St, Box 988, Harrisburg, PA 17104-3425 |
| 15140230 | | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15140230 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15161141 | + | EDI: JEFFERSONCAP.COM | Apr 11 2024 04:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15163186 | | EDI: Q3G.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15156261 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 11 2024 00:10:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15140331 | + | Email/Text: bankruptcy@huntington.com | Apr 11 2024 00:11:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15131595 | ^ | MEBN | Apr 11 2024 00:05:21 | UPMC, Box 371472, Pittsburgh, PA 15250-7472 |
| 15161928 | | Email/Text: BNCnotices@dcmservices.com | Apr 11 2024 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15159160 | | Email/Text: BNCnotices@dcmservices.com | Apr 11 2024 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15131597 | | Email/Text: bkr@virtuososourcing.com | Apr 11 2024 00:10:00 | Virtuoso Sourcing, 4500 Cherry Creek South Drive, Suite 500, Denver, CO 80246 |
| 15166256 | | EDI: AIS.COM | Apr 11 2024 04:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15131596 | + | EDI: VERIZONCOMB.COM | Apr 11 2024 04:04:00 | Verizon, Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | Baldwin Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15398157 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Brad L. Hamric | |
| | on behalf of Joint Debtor Darlene D Porch hamriclaw@comcast.net |
| Brad L. Hamric | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 10, 2024 | Form ID: 309 | Total Noticed: 51 |

                    on behalf of Debtor Clarence J Porch hamriclaw@comcast.net

Denise Carlon
                    on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com

Gerik Jenco
                    on behalf of Creditor Baldwin Borough gjenco@ltsagency.com

Jeffrey R. Hunt
                    on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10