**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CLARENCE J PORCH <br> DARLENE D PORCH <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:19-23819 <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/30/2019 and confirmed on 11/12/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 144,265.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 144,260.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,800.00 | |
|     Trustee Fee | 6,908.26 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,708.26 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| M & T BANK** | 0.00 | 98,534.36 | 0.00 | 98,534.36 |
|   Acct: 5327 | | | | |
| M & T BANK** | 11,374.45 | 574.24 | 0.00 | 574.24 |
|   Acct: 5327 | | | | |
| BALDWIN BOROUGH (RE) | 16.77 | 0.00 | 0.00 | 0.00 |
|   Acct: 0J56 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 4,059.24 | 4,059.24 |
|   Acct: 1511 | | | | |
| BALDWIN BOROUGH (SWG) | 6,935.00 | 350.11 | 134.28 | 484.39 |
|   Acct: J056 | | | | |
| BALDWIN BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J056 | | | | |
| INTERNAL REVENUE SERVICE* | 13,288.48 | 565.50 | 2,103.09 | 2,668.59 |
|   Acct: 1511 | | | | |
| BALDWIN BOROUGH (RE) | 72.93 | 0.00 | 0.00 | 0.00 |
|   Acct: 0J56 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 18,066.93 | 16,213.36 | 4,421.02 | 20,634.38 |
|   Acct: 7459 | | | | |

| 19-23819 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3722 | | | | |
| | | | | | 126,955.20 |
| Priority | | | | | |
| | BRAD HAMRIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLARENCE J PORCH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLARENCE J PORCH | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRAD HAMRIC ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | INTERNAL REVENUE SERVICE* | 6,646.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | BALDWIN-WHITEHALL SD & BOROUGH O | 2,189.50 | 110.54 | 0.00 | 110.54 |
| | Acct: 1511 | | | | |
| | | | | | 110.54 |
| Unsecured | | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O ASCEND | 0.00 | 7,486.00 | 0.00 | 7,486.00 |
| | Acct: 3585 | | | | |
| | ADT SECURITY SERVICES INC | 920.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 6053 | | | | |
| | BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 1,972.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 7541 | | | | |
| | LVNV FUNDING LLC | 963.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 1218 | | | | |
| | EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST NATIONAL CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,252.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 4245 | | | | |
| | FIRST SAVINGS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MABT GENESIS RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 4,265.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | LVNV FUNDING LLC | 4,082.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 4592 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 255.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 0719 | | | | |
| | MARINER FINANCE LLC | 1,127.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 6167 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | REFLEX++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC PHYSICIAN SERVICES | 323.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | DISCOVER BANK(*) | 2,888.34 | 0.00 | 0.00 | 0.00 |

| 19-23819 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 5958 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 333.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 4075 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,670.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 8882 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,620.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 3514 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,339.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 9238 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 837.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 1766 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 608.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 9752 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 629.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 0426 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 934.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 0459 | | | | |
| | UPMC PHYSICIAN SERVICES | 532.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 3585 | | | | |
| | UPMC HEALTH SERVICES | 172.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 1511 | | | | |
| | UPMC HEALTH SERVICES | 596.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 3585 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 413.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 8023 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 905.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 3825 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 1,277.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 1,147.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 9367 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 278.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 3722 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4392 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VIRTUOSO SOURCING GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,486.00 |

TOTAL PAID TO CREDITORS                                                                                                     134,551.74

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 8,836.39 |
| SECURED | 49,754.56 |
| UNSECURED | 31.350.06 |

Date: 05/01/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com